IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 3:11-CV-3340-N-BH |
| | § | |
| ATX GROUP, INC, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge on *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6),* filed January 30, 2012 (doc. 19), and *Plaintiffs' Motion for Temporary Intermittent Leave Under FMLA*, filed May 22, 2012 (doc. 36), are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Plaintiffs' motion for temporary intermittent relief is **DENIED**, Defendants' motion to dismiss is **GRANTED**, and all of the claims against Defendants are **DISMISSED** with prejudice.

**SIGNED** this 11th day of September, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE