IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 3:11-CV-3340-N-BH |
| | § | |
| ATX GROUP, INC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge on *Plaintiffs Emergency Motion to Reinstate Case* (doc. 62), *Plaintiffs Emergency Motion to Vacate Order Adopting Magisrte's [sic] Findings and Recommendation* (doc. 63), both filed October 6, 2012, *Plaintiffs Motion for Preliminary Injunction [sic] and Memorandum in Support Thereof,* filed October 10, 2012 (doc. 64), and *Plaintiffs Emergency Motion for Trial Court to Order Clerk to Serve Yvonne Brown with Magistrate's Recommendation Regarding Plaintiffs Request to Proceed In Forma Pauperis on Appeal*, filed October 25, 2012 (doc. 72), are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Plaintiffs' motions are **DENIED**.

**SIGNED** this 4th day of January, 2013.

_____
**DAVID C. GODBEY**
UNITED STATES DISTRICT JUDGE